IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA TRYSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE CO. | : | No. 02-4811 |

**O R D E R**

AND NOW, this _____ day of April, 2003, upon consideration of Defendant Allstate Insurance Company's Motion to Dismiss for Failure to Provide Discovery (Docket No. 8), IT IS HEREBY ORDERED that Defendant's Motion is **DENIED AS MOOT.**[1]

BY THE COURT:

_____
HERBERT J. HUTTON, J.

---

[1] On March 27, 2003, the Court issued an Order (Docket No. 10) granting Defendant Allstate Insurance Company's Motion for Extension of Time to Complete Discovery (Docket No. 7). In this Order, all discovery periods were extended by sixty (60) days. Accordingly, as discovery is not yet complete, the instant motion is moot.