IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA TRYSON | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO. 02-CV-4811 |
| ALLSTATE INSURANCE COMPANY | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

Please enter the appearance of Kristin M. Hynd of Dechert LLP ("Dechert") in the above captioned matter as counsel for Defendant Allstate Insurance Company in substitution for Joan E. Burnes and Tracy R. Gainor. All notices, pleadings and other correspondence should be directed to the undersigned.

Respectfully submitted,

_____
Marshall Walthew
Attorney I.D. No. 55329
Kristin M. Hynd
Attorney I.D. No. 85725
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000

873992.1.50 02/13/04 3:47 PM

## CERTIFICATE OF SERVICE

I, Kristin M. Hynd, hereby certify that on this date I caused a true and correct copy of the foregoing Substitution of Counsel to be served upon counsel listed below via First Class U.S. Mail as follows:

>Michael Rowan, Esquire
>121 West Minor Street
>West Chester, PA  19382
>
>Counsel for Plaintiff
>Joshua Tryson

Dated: February 17, 2004

Kristin M. Hynd
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000