IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA TRYSON | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO. 02-CV-4811 |
| ALLSTATE INSURANCE COMPANY | : |
| Defendant. | : |

### WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Joan E. Burnes of Dechert LLP in the above captioned matter as counsel for Defendant Allstate Insurance Company

Respectfully submitted,

*/s/ Joan E. Burnes*
Joan E. Burnes
Attorney I.D. No. 82418
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000

874492.1.50

## CERTIFICATE OF SERVICE

I, Joan E. Burnes, hereby certify that on this date I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served upon counsel listed below via First Class U.S. Mail as follows:

> Michael Rowan, Esquire
> 121 West Minor Street
> West Chester, PA 19382
>
> Counsel for Plaintiff
> Joshua Tryson

Dated: February 18, 2004

*Joan E. Burnes*
Joan E. Burnes
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000

874492.1.50