## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA TRYSON | : |
| **Plaintiff,** | : |
| v. | :      No. 02-CV-4811 |
| ALLSTATE INSURANCE CO., | : |
| **Defendant.** | : |

## DEFENDANT ALLSTATE INSURANCE COMPANY'S AMENDED LIST OF PRE-NUMBERED EXHIBITS TO BE USED AT TRIAL

Allstate reserves the right to amend this list of exhibits. Allstate also reserves the right to present all exhibits listed on Plaintiff's exhibit list.

| Exhibit Number | Description |
|---|---|
| 1. | October 8, 1997 Notice of Cancellation (P00022) |
| 2. | December 17, 1997 Investigative Report Order (P00024) |
| 3. | January 15, 1998 Underwriting record (D000001) |
| 4. | 1997 Amended Policy Declaration (P00054-55) |
| 5. | May 12, 1998 Accident Report (D000002) |
| 6. | May 27, 1998 Letter from Allstate Indemnity Company to Plaintiff (D000003) |
| 7. | May 18, 1997 Involved Person Statement (D000004) |
| 8. | May 18, 1997 Involved Person Statement (D000005) |
| 9. | May 18, 1997 Involved Person Statement (D000048) |

| 10. | May 19, 1997 Involved Person Statement (D000006) |
|-----|--------------------------------------------------|
| 11. | June 3, 1998 Involved Person Statement (D000007) |
| 12. | May 27, 1998 Involved Person Statement (D000008) |
| 13. | May 29, 1998 Involved Person Statement (D000049) |
| 14. | May 29, 1998 Involved Person Statement (D000009) |
| 15. | May 26, 1998 Letter from John Zervanos, Esquire to Allstate Insurance Company (D000010) |
| 16. | June 4, 1998 Letter from Allstate Insurance Company to Plaintiff (D000011) |
| 17. | June 4, 1998 Involved Person Statement (D000012) |
| 18. | June 5, 1998 Involved Person Statement (D000013) |
| 19. | June 9, 1998 Involved Person Statement (D000014) |
| 20. | August 27, 1998 Letter from Allstate Indemnity Company to John Zervanos, Esquire (D000015) |
| 21. | August 25, 1998 Letter from Allstate Indemnity Company to John Zervanos, Esquire (D000016) |
| 22. | October 6, 1998 Letter from Allstate Indemnity Company to John Zervanos, Esquire (D000017) |
| 23. | October 23, 1998 Letter from John Zervanos, Esquire to Allstate Insurance Company (D000018) |
| 24. | December 10, 1998 Letter from John Zervanos, Esquire to Allstate Insurance Company (D000019) |
| 25. | January 26, 1999 Letter from Allstate Indemnity Company to John Zervanos, Esquire (D000020) |
| 26. | March 22, 1999 Letter from Jeffrey Fritz, Esquire to Allstate Insurance Company (D000021-23) |
| 27. | May 17, 1999 Letter from Allstate Insurance Company to Plaintiff, Esquire (D000024) |

| 28. | Allstate Insurance Company Check # 78490045 (P00757) |
| 29. | August 26, 1999 Letter from Jeffrey Fritz, Esquire to Allstate Insurance Company (D000026) |
| 30. | Allstate Insurance Company Check # 78490764 (P00954) |
| 31. | Civil Action Complaint - Tryson v. Whisler, No. 99-07692 (Chester County Ct. Common Pleas) |
| 32. | Arbitration Award - Tryson v. Whisler, No. 99-07692 (Chester County Ct. Common Pleas) (D000050) |
| 33. | Notice of Appeal - Tryson v. Whisler, No. 99-07692 (Chester County Ct. Common Pleas) (D000028) |
| 34. | January 24, 2001 Letter from Allstate Indemnity Company to Jeffrey Fritz, Esquire (D000029) |
| 35. | January 30, 2001 Letter from Jeffrey Fritz, Esquire to Allstate Insurance Company (D000030) |
| 36. | Praecipe to Settle, Discontinue & End - Tryson v. Whisler, No. 99-07692 (Chester County Ct. Common Pleas) (D000047) |
| 37. | Allstate Indemnity Check Number 329-994-0751 (D000042) |
| 38. | March 16, 2000 Letter from Allstate Insurance Company to Thomas Sassa (D000032) |
| 39. | 2000 Notice of Cancellation (P00033-34) |
| 40. | March 1, 2000 Letter from Allstate Insurance Company to Plaintiff (D000035) |
| 41. | March 8, 2000 Letter from Plaintiff to Insurance Commission (P01025) |
| 42. | April 6, 2000 Letter from Insurance Department to Plaintiff (P01017-18) |
| 43. | April 17, 2000 Letter from Plaintiff to Insurance Commission (P00995) |
| 44. | April 28, 2000 Letter from Insurance Department to Plaintiff (P00977) |
| 45. | October 10, 2000 Insurance Commission Order (P01030-01042) |

| 46. | Petition for Review - <u>Tryson v. Commonwealth of Pennsylvania Insurance Department</u> (D000036-38) |
|---|---|
| 47. | Opinion - <u>Tryson v. Commonwealth of Pennsylvania Insurance Department</u> (P00981-86) |
| 48. | June 28, 1999 Letter from Jeffrey Fritz, Esquire to Allstate Insurance Company (attaching civil complaint) |
| 49. | Allstate's September 23, 2002 Requests for Admissions Directed to Plaintiff |
| 50. | Plaintiff's April 7, 2003 Answers to Requests for Admission |
| 51. | Complaint, filed June 26, 2002 |
| 52. | Allstate Insurance Company's Answer With Affirmative Defenses, filed July 26, 2002 |
| 53. | Transcript of April 11, 2003 oral deposition of Joshua L. Tryson |
| 54. | May 18, 1999 Corrected Estimate |
| 55. | January 26, 2000 Release of All Claims (D 000031) |

Respectfully submitted,

_____
Marshall Walthew
Attorney I.D. No. 55329
Kristin M. Hynd
Attorney I.D. No. 85725
(Signature Code: kmh194)
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000

## CERTIFICATE OF SERVICE

I, Kristin M. Hynd, hereby certify that on this date I caused a true and correct copy of the foregoing Defendant Allstate Insurance Company's Amended List of Pre-Numbered Exhibits To Be Used At Trial to be served upon counsel listed below via First Class U.S. Mail as follows:

Michael Rowan, Esquire
121 West Minor Street
West Chester, PA  19382

*Counsel for Plaintiff*
*Joshua Tryson*

Dated:  April 23, 2004

Kristin M. Hynd