IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA TRYSON | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-4811 |
| ALLSTATE INSURANCE COMPANY | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of the Marshall Walthew on behalf of defendant Allstate Insurance Company in the above-captioned matter.

Respectfully submitted,

Dated: June 4, 2004

Marshall Walthew
Attorney I.D. No. 55329
Kristin M. Hynd
Attorney I.D. No. 85725
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000

## CERTIFICATE OF SERVICE

I, Kristin M. Hynd, hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be served upon counsel listed below via Federal Express as follows:

> Michael Rowan, Esquire
> 121 West Minor Street
> West Chester, PA  19382
>
> Counsel for Plaintiff
> Joshua Tryson

Dated:  June 4, 2004

_____
Kristin M. Hynd