IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA TRYSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | NO. 02-4811 |

**N O T I C E**

AND NOW, this 20th day of July, 2004, it is Ordered that a Status Conference in the above-captioned case will be held on **Thursday, August 5, 2004** at **11:00 a.m.**, before the Honorable Paul S. Diamond, in his chambers, Room 17613, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Lead Trial Counsel are expected to attend the conference.  Counsel should be familiar with all aspects of the case and shall have full authority to negotiate an amicable settlement.  Any communications with the Court should be directed to the Courtroom Deputy.


ATTEST:                                      or    BY THE COURT


BY:_____          _____
      Carol D. James,  Deputy Clerk                    PAUL S. DIAMOND,  J.

Civ 12 (9/83)


MAILED FROM CHAMBERS 7/20/04:
    Joshua Tryson, Esq.
    Michawl P. Rowan, Esq.
    Joan E. Burnes, Esq.
    Kristin M. Hynd, Esq.
    Tracey R. Gainor, Esq.
    Marshall Walthew, Esq.